FILED'05 MAY 24 09:11 USDC-ORP

Rebecca Dean, OSB #94285
rdean@prestongates.com
PRESTON GATES & ELLIS LLP
222 S.W. Columbia Street, Suite 1400
Portland, Oregon 97201-6632
Telephone:  (503) 228-3200
Facsimile:  (503) 248-9085

Attorneys for Defendant
XEROX CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL SARACENI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, a foreign business corporation and ASI STAFFING, INC. dba Adecco, a foreign business corporation,<br><br>　　　　　Defendants. | Civil Case No. CV 04-1683-MO<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Filed by Defendant Xerox Corporation |

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Michael Saraceni, Xerox Corporation and ASI Staffing, Inc. dba Adecco, by and through their undersigned counsel, hereby stipulate that this lawsuit should be dismissed with prejudice and without costs or attorneys fees to any parties.

Page 1 – STIPULATION AND ORDER OF DISMISSAL – Filed by Defendant XEROX CORPORATION

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

DATED this 18th day of May, 2005.

PRESTON GATES & ELLIS LLP

By /s/ Rebecca Dean
   Rebecca Dean, OSB #94285
Attorneys for Defendant
XEROX CORPORATION

TONKON TORP LLP

By
   Victor J. Kisch, OSB #94103
Attorneys for Defendant
ASI STAFFING, INC.

HOLLANDER, LEBENBAUM &
GANNICOTT

By
   Gordon S. Gannicott, OSB #84230
Attorneys for Plaintiff
MICHAEL SARACENI

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED and DECREED that this action shall be dismissed with prejudice and without costs or attorneys fees to any parties.

DATED this 23 day of May, 2005.

/s/ Michael W. Mosman
HONORABLE MICHAEL W. MOSMAN

Presented by:

PRESTON GATES & ELLIS LLP

By /s/ Rebecca Dean
   Rebecca Dean, OSB #94285
Attorneys for Defendant
XEROX CORPORATION

Page 2 – STIPULATION AND ORDER OF DISMISSAL – Filed by Defendant XEROX CORPORATION

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

DATED this _____th day of April, 2005.

PRESTON GATES & ELLIS LLP

By _____
   Rebecca Dean, OSB #94285
   Attorneys for Defendant
   XEROX CORPORATION

TONKON TORP LLP

By _____
   Victor J. Kisch, OSB #94103
   Attorneys for Defendant
   ASI STAFFING, INC.

HOLLANDER, LEBENBAUM & GANNICOTT

By _____
   Gordon S. Gannicott, OSB #84230
   Attorneys for Plaintiff
   MICHAEL SARACENI

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED and DECREED that this action shall be dismissed with prejudice and without costs or attorneys fees to any parties.

DATED this _____ day of _____, 2005.

_____
HONORABLE MICHAEL W. MOSMAN

Presented by:

PRESTON GATES & ELLIS LLP

By _____
   Rebecca Dean, OSB #94285
   Attorneys for Defendant
   XEROX CORPORATION

Page 2 – STIPULATION AND ORDER OF DISMISSAL – Filed by Defendant XEROX CORPORATION

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

Agreed as to Form; Notice of Presentation waived:

TONKON TORP LLP

By _____
Victor J. Kisch, OSB #94103
Attorneys for Defendant
ASI STAFFING, INC.

HOLLANDER, LEBENBAUM & GANNICOTT

By _____
 Gordon S. Gannicott, OSB #84230
Attorneys for Plaintiff
MICHAEL SARACENI

Page 3 –STIPULATION AND ORDER OF DISMISSAL – Filed by Defendant XEROX CORPORATION

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200

Agreed as to Form; Notice of Presentation waived:

TONKON TORP LLP

By
Victor J. Kisch, OSB #94103
Attorneys for Defendant
ASI STAFFING, INC.

HOLLANDER, LEBENBAUM & GANNICOTT

By
Gordon S. Gannicott, OSB #84230
Attorneys for Plaintiff
MICHAEL SARACENI

Page 3 –STIPULATION AND ORDER OF DISMISSAL – Filed by Defendant XEROX CORPORATION

PRESTON GATES & ELLIS LLP
222 SW COLUMBIA STREET
SUITE 1400
PORTLAND, OR 97201-6632
TELEPHONE: (503) 228-3200